**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANDY LEE SODERSTROM, | No. 09-56976 |
| Plaintiff - Appellant, | D.C. No. 8:08-cv-00309-PA-SS |
| v. | |
| TONY RACKAUCKAS, District Attorney; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted December 14, 2010[**]

Before:     GOODWIN, WALLACE, and W. FLETCHER, Circuit Judges.

Randy Lee Soderstrom, a California state prisoner, appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to state

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.  Accordingly, Soderstrom's request for publication is denied.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

a claim.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Kirtley v. Rainey*, 326 F.3d 1088, 1092 (9th Cir. 2003), and we affirm.

The district court properly dismissed Soderstrom's action because Soderstrom failed to state a viable due process claim for access to the DNA evidence at issue.  *See Dist. Attorney's Office for the Third Judicial Dist. v. Osborne*, 129 S. Ct. 2308, 2320 (2009) ("Federal courts may upset a State's postconviction relief procedures only if they are fundamentally inadequate to vindicate the substantive rights provided.").

Soderstrom's remaining contentions are unpersuasive.

Soderstrom's request for judicial notice is granted.

**AFFIRMED.**